# United States Court of Appeals
## For the First Circuit

---

No. 00-2130

JOHN BRIAN ATTWOOD,

Petitioner, Appellant,

v.

JOHN ASHCROFT, ET AL.,

Respondents, Appellees.

---

**ERRATA SHEET**

The opinion of this court, issued August 2, 2001, should be amended as follows:

On page 4 line 18: the word "proceeds" is replaced with "proceedings."